No appearance for the appellant (plaintiff).

No appearance for the appellee (defendant).

Decided June 7, 1977

ANTHONY G. RUSSO ET AL. *v.* CITY OF HARTFORD REDEVELOPMENT AGENCY

The plaintiffs' motion dated April 26, 1977, to dismiss the appeal from the Superior Court in Hartford County is denied.

The plaintiffs' motion dated April 27, 1977, to dismiss the appeal from the Superior Court in Hartford County is denied.

No appearance for the appellees (plaintiffs).

No appearance for the appellants (defendants).

Decided June 7, 1977